DYKEMA GOSSETT LLP
James P. Feeney (219045)
jfeeney@dykema.com
Dommond E. Lonnie (142662)
dlonnie@dykema.com
Abirami Gnanadesigan (263375)
agnanadesigan@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
FCA US LLC f/k/a CHRYSLER GROUP LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive ,<br><br>Defendants. | Case No. 2:18-cv-00360-MCE-EFB<br><br>Assigned to<br>Hon. Morrison C. England, Jr.<br><br>Courtroom: Courtroom 7, 14th floor<br><br>**STIPULATION AND APPLICATION FOR EXTENSION OF TIME RE FILING PLAINTIFF'S SECOND AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE ON ANY MOTION TO DISMISS IN RESPONSE**<br><br>Complaint Filed: February 15, 2018<br>Trial Date: TBD |

Plaintiff SHAWN ALGER, AS AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED ("Plaintiff") and Defendant FCA US LLC, formerly known as CHRYSLER GROUP, LLC ("Defendant") (collectively the "Parties"), by and through their attorneys of record in this case, hereby stipulate and request that the Court approve the filing of a Second Amended Complaint ("SAC"), and a briefing schedule for Defendant's Motion to Dismiss the SAC, if any.

This stipulation and application for extension of time is based on the following facts:

WHEREAS, Plaintiff filed this action on or about February 15, 2018;

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") in this action on or about February 16, 2018;

WHEREAS, pursuant to Local Rule 144(a), the Parties stipulated to a twenty-eight (28) day extension of Defendant's time to respond to the FAC up to and including April 10, 2018;

WHEREAS, the Parties met and conferred on April 5, 2018 and April 6, 2018 regarding Plaintiff's CLRA claims contained in the FAC;

WHEREAS, the Parties agree that, subject to Court approval, there is good cause and efficiencies may be achieved for the parties and the Court by filing a SAC that addresses issues raised as part of the parties' meet and confer efforts. The parties also stipulate, agree and request the following deadline for answering the SAC in the event Defendant does not to file a Motion to Dismiss Plaintiff's SAC or, in the alternative, a briefing schedule in the event Defendant files a Motion to Dismiss Plaintiff's SAC.

**NOW, THEREFORE,** the Parties stipulate as follows:

1. Plaintiff shall file its SAC no later than April 23, 2018.
2. Defendant shall file its Answer or Motion to Dismiss in response to Plaintiff's SAC no later than May 14, 2018.
3. If Defendant files a Motion to Dismiss Plaintiff's SAC, Plaintiff's Opposition shall be filed no later than June 4, 2018.
4. Any Reply in support of Defendant's Motion to Dismiss Plaintiff's SAC shall be

DYKEMA GOSSETT LLP
333 S SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

filed no later than June 18, 2018.

5. The hearing date for any Motion to Dismiss Plaintiff's SAC filed by the Defendant will be set for June 25, 2018.

Dated: April 9, 2018	DYKEMA GOSSETT LLP
James P. Feeney
Dommond E. Lonnie
Abirami Gnanadesigan


By: */s/ Dommond E. Lonnie*

James P. Feeney
Dommond E. Lonnie
Abirami Gnanadesigan
Attorneys for Defendant
FCA US LLC f/k/a CHRYSLER GROUP

Dated: April 9, 2018	KERSHAW, COOK & TALLEY PC
William A. Kershaw
Stuart C. Talley
Ian J. Barlow


By: */s/ Ian J. Barlow*

(As authorized on April 9, 2018)
William A. Kershaw
Stuart C. Talley
Ian J. Barlow
Attorneys for PLAINTIFF AND THE PUTATIVE CLASS

## ORDER

The Court, having considered the Stipulation and Application for Extension of Time submitted herewith, and good cause appearing, hereby enters the following order:

1. Plaintiff shall file its SAC no later than April 23, 2018.
2. Defendant shall file its Answer or Motion to Dismiss in response to Plaintiff's SAC no later than May 14, 2018.
3. If Defendant files a Motion to Dismiss Plaintiff's SAC, Plaintiff's Opposition shall be filed no later than June 4, 2018.
4. Any Reply in support of Defendant's Motion to Dismiss Plaintiff's SAC shall be filed no later than June 18, 2018.
5. The hearing date for any Motion to Dismiss Plaintiff's SAC filed by the Defendant will be set for June 25, 2018.

**IT IS SO ORDERED**.

Dated: April 10, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE