UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US LLC, a Delaware Corporation formerly known as Chrysler Group LLC,<br><br>    Defendant. | No. 2:18-cv-00360-MCE-EFB<br><br><br>**ORDER** |

The Court has reviewed Plaintiff's Supplemental Rule 26(f) Report and Defendant's Objections thereto. ECF Nos. 25 and 26. Plaintiff's filing is not contemplated by the applicable rules or the orders of this Court. It is thus STRICKEN, and Defendant's objections are overruled as moot. The parties are reminded that the Court has already issued an initial pretrial scheduling order. ECF No. 3. Should the parties wish to modify any of the deadlines set forth in that order, they may file a motion pursuant to Federal Rule of Civil Procedure 16.

IT IS SO ORDERED.

Dated: September 16, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1