DYKEMA GOSSETT LLP
James P. Feeney (219045)
jfeeney@dykema.com
Fred J. Fresard (*pro hac vice*)
ffresard@dykema.com
Dommond E. Lonnie (142662)
dlonnie@dykema.com
Brittany J. Mouzourakis (*pro hac vice*)
BMouzourakis@dykema.com
Abirami Gnanadesigan (263375)
agnanadesigan@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
FCA US LLC f/k/a CHRYSLER GROUP LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive ,<br><br>Defendants. | Case No. 2:18-cv-00360-MCE-EFB<br><br>Assigned to:<br>Hon. Morrison C. England, Jr.<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE TO OCTOBER 31, 2018**<br><br>DATE: October 31, 2018<br>TIME: 10 a.m.<br>JUDGE: Hon. Edmund F. Brennan<br>CTRM: 8, 13th Floor |

### JOINT STIPULATION TO CONTINUE HEARING DATE TO OCTOBER 31, 2018

Plaintiff SHAWN ALGER, AS AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED ("Plaintiff") and Defendant FCA US LLC, formerly known as CHRYSLER GROUP, LLC ("Defendant"), by and through their attorneys of record in this case, stipulate and agree as follows:

1  WHEREAS, on September 14, 2018, Plaintiff filed a Notice of Motion and Motion Regarding Discovery Disagreement, setting October 10, 2018, as the hearing date (Doc. #27);

WHEREAS, on September 19, 2018, Defendant filed a Notice of Motion and Motion to Compel, also setting October 10, 2018, as the hearing date (Doc. #29).

WHEREAS, pursuant to Local Rule 251, the Parties are to file a Joint Statement Regarding Discovery Disagreement on or before October 3, 2018;

WHEREAS, the Parties are continuing to meet and confer, in earnest, in order to further resolve and narrow the discovery disputes. Both Parties believe additional time is needed to resolve and narrow the discovery disputes;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that the hearing date on Plaintiff's Motion (Doc. #27) and Defendant's Motion (Doc. #29) be continued to October 31, 2018, at 10 a.m., or as soon thereafter as this matter may be heard. If the discovery disputes cannot be resolved in the interim, then the Parties will file a Joint Statement Regarding Discovery Disagreement on or before October 24, 2018, as required by Local Rule 251.

Dated: October 3, 2018

Dykema Gossett LLP
James P. Feeney
Fred J. Fresard
Dommond E. Lonnie
Abirami Gnanadesigan
Brittany J. Mouzourakis


By:  */s/ Fred J. Fresard*
James P. Feeney
Fred J. Fresard
Dommond E. Lonnie
Abirami Gnanadesigan
Brittany J. Mouzourakis
Attorneys for Defendant
FCA US LLC f/k/a CHRYSLER GROUP LLC

Dated: October 3, 2018

KERSHAW, COOK &TALLEY PC
William A. Kershaw
Stuart C. Talley
Ian J. Barlow

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

By: /s/*Ian J. Barlow*
(As authorized on October 3, 2018)
William A. Kershaw
Stuart C. Talley
Ian J. Barlow
Attorneys for PLAINTIFF AND THE
PUTATIVE CLASS

## [~~PROPOSED~~] ORDER

The Court, having considered the Stipulation to Continue Hearing Date to October 31, 2018, submitted herewith, and good cause appearing, hereby enters the following order:

1. The October 10, 2018, hearing date on Plaintiff's Motion (Doc. #27) and Defendant's Motion (Doc. #29) is continued to October 31, 2018, at 10 a.m.

2. If the discovery disputes cannot be resolved in the interim, then the Parties shall file a Joint Statement Regarding Discovery Disagreement on or before October 24, 2018, as required by Local Rule 251.

IT IS SO ORDERED.

Dated: October 4, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE