**KERSHAW, COOK & TALLEY PC**
William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: stalley@kctlegal.com
Email: ian@kctlegal.com

Attorneys for Plaintiff and the putative Class

**DYKEMA GOSSETT LLP**
James P. Feeney (State Bar No. 219045)
Dommond E. Lonnie (State Bar No. 142662)
Abirami Gnanadesigan (State Bar No. 263375)
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Email: jfeeney@dykema.com
Email: dlonnie@dykema.com
Email: agnanadesigan@dykema.com

Attorneys for Defendant
FCA US LLC f/k/a Chrysler Group LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**ADDENDUM TO STIPULATED PROTECTIVE ORDER**<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br>Complaint Filed: February 16, 2018 |

WHEREAS, on July 25, 2018 the court entered a Protective Order in this case to protect from disclosure various documents produced by the parties to this litigation;

WHEREAS, after the issuance of the Protective Order, plaintiff served third party subpoenas seeking documents and testimony from third parties;

WHEREAS, the parties desire to allow confidential documents and testimony produced by such third parties to be protected from disclosure pursuant to the Protective Order entered int his case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD, that Section 2.7 of the Protective Order is hereby amended to read as follows: "Party: any party to this action, or any third party producing documents or deposition testimony in response to a subpoena served in this action, including all of its officer, directors, employees, consultants, retained experts, and Counsel (and their support staffs)."

Dated: October 23, 2018.   Respectfully submitted,

KERSHAW, COOK & TALLEY PC


By: */s/Stuart C. Talley*
STUART C. TALLEY
WILLIAM A. KERSHAW
IAN J. BARLOW
Attorneys for Plaintiff and the putative Class


Dated: October 23, 2018.   DYKEMA GOSSETT LLP


By: */s/ Fred J. Fresard*
DOMMOND E. LONNIE
JAMES P. FEENEY
FRED J. FRESARD
ABIRAMI GNANADESIGAN
BRITTANY MOUSOURAKIS
Attorneys for Defendant
FCA US LLC f/k/a/ Chrysler Group LLC

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 24, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE