William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
**KERSHAW, COOK & TALLEY PC**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: stuart@kctlegal.com
Email: ian@kctlegal.com

Attorneys for Plaintiff and the putative Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE TO NOVEMBER 7, 2018; [PROPOSED] ORDER**<br><br>DATE: October 31, 2018<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edmund F. Brennan<br>DEPT.: Courtroom 8, 13th Floor |

Plaintiff SHAWN ALGER, AS AN INDIVIDUAL AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED ("Plaintiff") and Defendant FCA US LLC, formerly known as CHRYSLER GROUP, LLC ("Defendant"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, on September 14, 2018, Plaintiff filed a Notice of Motion and Motion Regarding Discovery Disagreement, setting October 10, 2018, as the hearing date (Doc. #27);

| | |
|---|---|
| 1 | WHEREAS, on September 19, 2018, Defendant filed a Notice of Motion and Motion to Compel, also setting October 10, 2018, as the hearing date (Doc. #29); |
| 2 | |

WHEREAS, on September 19, 2018, Defendant filed a Notice of Motion and Motion to Compel, also setting October 10, 2018, as the hearing date (Doc. #29);

WHEREAS, on October 4, 2018, pursuant to a Joint Stipulation submitted by the parties (Doc. #32), the Court entered an Order continuing the hearing date on the parties' discovery motions to October 31, 2018 (Doc. #33);

WHEREAS, pursuant to Local Rule 251, the Parties are to file a Joint Statement Regarding Discovery Disagreement on or before October 24, 2018;

WHEREAS, the Parties are continuing to meet and confer, in earnest, in order to further resolve and narrow the discovery disputes. Both Parties believe additional time is needed to resolve and narrow the discovery disputes;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that the hearing date on Plaintiff's Motion (Doc. #27) and Defendant's Motion (Doc. #29) be continued to November 7, 2018, at 10 a.m., or as soon thereafter as this matter may be heard. If the discovery disputes cannot be resolved in the interim, then the Parties will file a Joint Statement Regarding Discovery Disagreement on or before October 31, 2018, as required by Local Rule 251.

Dated: October 23, 2018.    Respectfully submitted,

KERSHAW, COOK & TALLEY PC

By: */s/ Stuart C. Talley*
STUART C. TALLEY
WILLIAM A. KERSHAW
IAN J. BARLOW
Attorneys for Plaintiff and the putative Class

Dated: October 23, 2018.    DYKEMA GOSSETT LLP

By: */s/ Fred J. Fresard*
DOMMOND E. LONNIE
JAMES P. FEENEY
FRED J. FRESARD
ABIRAMI GNANADESIGAN
BRITTANY MOUSOURAKIS
Attorneys for Defendant
FCA US LLC f/k/a/ Chrysler Group LLC

[~~PROPOSED~~] ORDER

The Court, having considered the Stipulation to Continue Hearing Date to November 7, 2018, submitted herewith, and good cause appearing, hereby enters the following order:

1. The October 31, 2018, hearing date on Plaintiff's Motion (Doc. #27) and Defendant's Motion (Doc. #29) is continued to November 7, 2018, at 10:00 a.m., or as soon thereafter as this matter may be heard.

2. If the discovery disputes cannot be resolved in the interim, then the Parties shall file a Joint Statement Regarding Discovery Disagreement on or before October 31, 2018, as required by Local Rule 251.

IT IS SO ORDERED.

Dated: October 24, 2018

_____
Hon. Edmund F. Brennan
U.S. Magistrate Judge