**KERSHAW, COOK & TALLEY PC**
William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: stalley@kctlegal.com
Email: ian@kctlegal.com

Attorneys for Plaintiff and the putative Class

**DYKEMA GOSSETT LLP**
James P. Feeney (State Bar No. 219045)
Dommond E. Lonnie (State Bar No. 142662)
Abirami Gnanadesigan (State Bar No. 263375)
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Email: jfeeney@dykema.com
Email: dlonnie@dykema.com
Email: agnanadesigan@dykema.com

Attorneys for Defendant
FCA US LLC f/k/a Chrysler Group LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**AMENDED ADDENDUM TO STIPULATED PROTECTIVE ORDER**<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br>Complaint Filed: February 16, 2018 |

| | |
|---|---|
| 1 | WHEREAS, on July 25, 2018 the court entered a Protective Order in this case to protect from disclosure various documents produced by the Parties to this litigation; |

WHEREAS, on July 25, 2018 the court entered a Protective Order in this case to protect from disclosure various documents produced by the Parties to this litigation;

WHEREAS, after the issuance of the Protective Order, plaintiff served third party subpoenas seeking documents and testimony from third parties;

WHEREAS, the Parties desire to allow confidential documents and testimony produced by such third parties to be protected from disclosure pursuant to the Protective Order entered int his case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD, that Section 2.7 of the Protective Order is hereby amended to read as follows: "Party: any party to this action, or any third party producing documents or deposition testimony in response to a subpoena served in this action, including all of its officer, directors, employees, consultants, retained experts, and Counsel (and their support staffs)."

IT IS FURTHER STIPULATED, THROUGH COUNSEL OF RECORD, that Section 7.2(f) of the Protective Order is hereby amended to read as follows: any actual or anticipated witnesses in the action to whom disclosure is reasonably necessary and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and their Counsel, unless otherwise agreed by the Designating Part or ordered by the court. Pages of transcribed deposition testimony or exhibits to depositions that reveal Protected Material must be separately bound by the court reporter and may not be disclosed to anyone except as permitted under this Stipulated Protective Order.

Dated: October 23, 2018.

Respectfully submitted,

KERSHAW, COOK & TALLEY PC

By: */s/Stuart C. Talley*
STUART C. TALLEY
WILLIAM A. KERSHAW
IAN J. BARLOW
Attorneys for Plaintiff and the putative Class

Dated: October 23, 2018.	DYKEMA GOSSETT LLP

By: */s/ Fred J. Fresard*
DOMMOND E. LONNIE
JAMES P. FEENEY
FRED J. FRESARD
ABIRAMI GNANADESIGAN
BRITTANY MOUSOURAKIS
Attorneys for Defendant
FCA US LLC f/k/a/ Chrysler Group LLC

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 25, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE