UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:18-cv-360-MCE-EFB<br><br><br><br>ORDER |

Plaintiff and defendant each filed a motion regarding a discovery disagreement, which are currently noticed for hearing on November 7, 2018. ECF Nos. 27, 29; *see* ECF No. 37. Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date or, in this instance, by October 31, 2018. Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id*.

/////
/////
/////
/////

1

Although the deadline has passed, the docket reflects that no Joint Statement re Discovery Disagreement has been filed in connection with the parties' motions. Therefore, the discovery motions (ECF Nos. 27, 29) are denied without prejudice and the November 7, 2018 hearing thereon is vacated.

So Ordered.

DATED: November 1, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE