UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | No. 2:18-cv-360-MCE-EFB<br><br><br><br>ORDER |

     Plaintiff filed a motion to compel defendant to produce discovery, which is currently noticed for hearing on March 27, 2019. ECF Nos. 44, 48. Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date or, in this instance, by March 20, 2019. Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id*.

     Although the deadline has passed, the docket reflects that no Joint Statement re Discovery Disagreement has been filed in connection with plaintiff's motion. Therefore, the discovery

/////

/////

1

motion (ECF No. 44) is denied without prejudice and the March 27, 2019 hearing thereon is vacated.

So Ordered.

DATED: March 22, 2019

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE