UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00360-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL**<br><br><br>Judge: Hon. Morrison C. England, Jr. |

Plaintiff requested an order allowing it to file under seal unredacted versions of (1) Plaintiff's Memorandum in Support of Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel, (2) Exhibits A-C to the Declaration of Kenneth S. Byrd in Support of Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel, and (3) Exhibits A-D, F-P to the Declaration of Stuart C. Talley in Support of Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel because these materials contain information the parties or third-parties have designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order

1718782.1

entered in this case. (ECF No. 19).

This Court determines that there are sufficient reasons to protect the confidentiality of the information contained in the above-referenced materials and hereby **GRANTS** Plaintiff's request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the above-referenced materials. Absent further order of the Court, these documents shall remain under seal for one year from the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: May 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE