DYKEMA GOSSETT LLP
James P. Feeney (219045)
jfeeney@dykema.com
Fred J. Fresard (pro hac vice)
Dommond E. Lonnie (142662)
Krista Lenart (pro hac vice)
Klenart@dykema.com
Brittany J. Mouzourakis (pro hac vice)
Bmouzourakis@dykema.com
dlonnie@dykema.com
Abirami Gnanadesigan (263375)
agnanadesigan@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Attorneys for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**STIPULATION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE; ORDER**<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br>Complaint Filed: February 16, 2018 |

Pursuant to Eastern District of California Local Rules 143 and 144, Plaintiff Shawn Alger ("Plaintiff") and Defendant FCA US LLC f/k/a Chrysler Group LLC ("Defendant" or "FCA US") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

**STIPULATION**

WHEREAS, this case is a putative class action lawsuit wherein Plaintiff alleges that certain

1
STIPULATION TO EXTEND BRIEFING SCHEDULE                                    2:18-cv-00360-MCE-EFB

models of vehicles manufactured by Defendant are defective;

WHEREAS, the Parties previously negotiated a schedule for briefing class certification and completing merits discovery, where Plaintiff's deadline to file his motion for class certification was April 30, 2019, Defendant's deadline to file its opposition was June 30, 2019, and the deadline for Plaintiff's reply in support of his motion for class certification was July 30, 2019. The proposed deadline to complete merits-based discovery was November 30, 2019. These deadlines were set forth in the Parties' Stipulation and [Proposed] Order Regarding Class Certification Briefing Schedule and Close of Merits Discovery, filed on February 27, 2019. (Dkt. No. 46.);

WHEREAS, on March 4, 2019, the Court entered an Order granting the Parties' proposed schedule on class certification and merits discovery. (Stip. and Order Regarding Class Cert. Briefing Schedule and Close of Merits Disc.) (Dkt. No. 47.)

WHEREAS, pursuant to the Court's Order, Plaintiff filed his motion for class certification and accompanying documents on April 30, 2019.

WHEREAS, on or around April 29, 2019, Defendant contacted Plaintiff to request a two-week extension for filing its opposition to Plaintiff's class certification motion due to a vacation that defense counsel had scheduled for June;

WHEREAS, after meeting and conferring, the Parties agreed that Defendant's deadline to oppose Plaintiff's class certification motion would be extended by two weeks and that Plaintiff's deadline to file his reply in support of class certification would also be extended by two weeks.

WHEREAS, no previous extensions of time have been sought by the Parties as to the briefing schedule for class certification.

NOW, THEREFORE, the undersigned counsel for the Parties, having met and conferred and good cause appearing, stipulate and agree as follows:

1. Defendant's opposition to Plaintiff's Motion for Class Certification will be due on or before July 15, 2019, along with any declarations or reports from experts in support of same.

2. Plaintiff's reply in support of his Motion for Class Certification will be due on or before August 30, 2019.

| | | |
|---|---|---|
| 1 | Dated: June 7, 2019 | Respectfully submitted, |
| 2 | | KERSHAW, COOK & TALLEY PC |
| 3 | | |
| 4 | | By: /s/Stuart C. Talley |
| | | STUART C. TALLEY |
| 5 | | WILLIAM A. KERSHAW |
| | | IAN J. BARLOW |
| 6 | | Attorneys for Plaintiff and the putative Class |
| 7 | Dated: June 7, 2019 | DYKEMA GOSSETT LLP |
| 8 | | |
| 9 | | By: /s/ Fred J. Fresard |
| | | DOMMOND E. LONNIE |
| | | JAMES P. FEENEY |
| 10 | | FRED J. FRESARD (pro hac vice) |
| 11 | | BRITTANY J. MOUZOURAKIS (pro hac vice) |
| 12 | | ABIRAMI GNANADESIGAN |
| 13 | | Attorneys for Defendant |
| | | FCA US LLC f/k/a/ Chrysler Group LLC |

**ORDER**

IT IS SO ORDERED.

Dated: June 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE