# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive ,<br><br>Defendants | Case No. 2:18-cv-00360-MCE-EFB<br><br>**ORDER GRANTING DEFENDANT FCA US LLC'S REQUEST TO SEAL INFORMATION IN AND ATTACHED TO ITS OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**<br><br>Judge: Hon. Morrison C. England, Jr. |

Defendant FCA US LLC requested an order allowing it to file under seal unredacted versions of (1) Defendant's Memorandum in Opposition to Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel; (2) Exhibits A to HH (with the exception of AA and CC) to the Declaration of Fred J. Fresard in Support of Defendant's Memorandum in Opposition to Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel; and (3) Exhibits 1 to 5 to the Declaration of Krista L. Lenart in Support of Defendant's Memorandum in Opposition to Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel because these materials contain information the parties or third-parties have designated "CONFIDENTIAL" pursuant to the

Stipulated Protective order entered in this case. (ECF No. 19).

This Court determines that there are sufficient reasons to protect the confidentiality of the information contained in the above-referenced materials and hereby **GRANTS** Defendant's request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the above-referenced materials. These documents shall remain under seal indefinitely, pending further order of this Court.

IT IS SO ORDERED.

Dated: July 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE