UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00360-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL**<br><br><br><br>Judge: Hon. Morrison C. England, Jr. |

Plaintiff requested an order allowing it to file under seal unredacted versions of (1) Plaintiff's Reply in Support of Motion for Class Certification and (2) Exhibits U-W and Y-JJ to the Declaration of Stuart C. Talley in Support of Reply to Plaintiff's Motion for Class Certification because these materials contain information the parties or third-parties have designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this case. (Dkt. No. 19).

This Court determines that there are sufficient reasons to protect the confidentiality of the information contained in the above-referenced materials and hereby **GRANTS** Plaintiff's request

and directs the Clerk of the Court to file under seal the complete, unredacted versions of the above-referenced materials.  These documents shall remain under seal, pending further order of this Court.

IT IS SO ORDERED.

Dated:  September 10, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE