1
2
3
4
5
6
7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated, | Case No. 2:18-cv-00360-MCE-EFB |
| Plaintiff, | **ORDER GRANTING DEFENDANT FCA US LLC'S REQUEST TO SEAL INFORMATION IN AND ATTACHED TO ITS MOTION TO EXCLUDE THE** |
| vs. | **OPINIONS AND TESTIMONY OF DR. FRANCESCO BIONDI** |
| FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive , | Judge: Hon. Morrison C. England, Jr. |
| Defendants | |

18

19       Defendant FCA US LLC requested an order allowing it to file under seal unredacted versions

20  of (1) Defendant's Motion to Exclude the Opinions and Testimony of Dr. Francesco Biondi; and (2)

21  Exhibits A to C to the Declaration Krista L. Lenart in Support of Defendant's Motion to Exclude the

22  Opinions and Testimony of Dr. Francesco Biondi (collectively, "Documents Supporting Defendant's

23  *Daubert* Motion"), because these materials contain information the parties or third-parties have

24  designated "CONFIDENTIAL" pursuant to the Stipulated Protective order entered in this case. (ECF

25  No. 19).

26  ///

27  ///

28  ///

This Court determines that there are sufficient reasons to protect the confidentiality of the information contained in the above-referenced materials and hereby **GRANTS** Defendant's request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the above-referenced materials. These documents shall remain under seal indefinitely, pending further order of this Court.

IT IS SO ORDERED.

Dated: September 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE