# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive ,<br><br>Defendants | Case No. 2:18-cv-00360-MCE-EFB<br><br>**ORDER GRANTING DEFENDANT FCA US LLC'S PROPOSED ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Morrison C. England, Jr. |

Defendant FCA US LLC requested an order allowing it to file under seal an unredacted version of Defendant's Proposed Order Denying Plaintiff's Motion for Class Certification because it contains information the parties or third-parties have designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this case. (ECF No. 19).

///

///

///

///

///

This Court determines that there are sufficient reasons to protect the confidentiality of the information contained in the above-referenced document and hereby **GRANTS** Defendant's request and directs the Clerk of the Court to file under seal the complete, unredacted version of the above-referenced document. This document shall remain under seal indefinitely, pending further order of this Court.

IT IS SO ORDERED.

Dated: October 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE