UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00360-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN AND ATTACHED TO PLAINTIFF'S OPPOSITION TO FCA US LLC's MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. <u>FRANCESCO BIONDI</u>**<br><br>Judge:    Hon. Morrison C. England, Jr. |

Plaintiff requested an order allowing it to file under seal unredacted versions of (1) Plaintiff's Memorandum in Opposition to FCA US LLC's Motion to Exclude the Opinions and Testimony of Dr. Francesco Biondi and (2) Exhibits A through D to the Declaration of Kenneth S. Byrd because these materials contain information the parties or third-parties have designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order (Dkt. No. 19).

This Court determines that there are compelling reasons to protect the confidentiality of the information contained in the above-referenced materials and hereby **GRANTS** Plaintiff's request and directs the Clerk of the Court to file under seal the complete, unredacted versions of

1 | the above-referenced materials.  These documents shall remain under seal, pending further order
2 | of this Court.
3 |      IT IS SO ORDERED.
4 | Dated:  October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE