UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER, | No. 2:18-cv-00360-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| FCA US LLC, a Delaware Corporation formerly known as Chrysler Group LLC, | |
| Defendant. | |

The Court has received Defendant's Motion to Exclude the Opinions and Testimony of Dr. Francesco Biondi. (ECF No. 75). That Motion is DENIED without prejudice as premature. The Court will entertain motions of that nature in conjunction with a dispositive motion (e.g., motion for summary judgment) or as a motion in limine at the appropriate time prior to trial.

IT IS SO ORDERED.

Dated: October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1