UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN ALGER,

Plaintiff,

v.

FCA US LLC, a Delaware Corporation formerly known as Chrysler Group LLC,

Defendant.

No. 2:18-cv-360-MCE-EFB

ORDER AFTER HEARING

This case was before the court on November 13, 2019, for hearing on the parties' joint request to seal documents (ECF No. 117); defendant's motion to strike the rebuttal reports from plaintiff's experts Dr. Bruce Davis, Dr. Francesco Biondi, Dr. Mariusz Ziejewski, and Dr. Allise Wachs (ECF No. 90); and plaintiff's motions to compel further responses to requests for production of documents and interrogatories (ECF No. 101) and compliance with deposition subpoenas (ECF No. 102). Attorney Brittany Mouzourakis appeared on behalf of defendant, and attorney Stuart Talley appeared on behalf of plaintiff.

For the reasons stated on the record, it is hereby ORDERED that:

1. The parties' joint request to file under seal an unredacted version of the Joint Statement Re Discovery Disagreement and Exhibits C through F to the declaration of Fred J. Fresard (ECF No. 117) is granted. The Clerk is directed to file under seal the complete, unredacted version of

1 | these documents. The documents shall remain under seal indefinitely, pending further order of
2 | this court.

3 |     2. Defendant's motion to strike the rebuttal reports from plaintiff's experts Dr. Bruce Davis, Dr. Francesco Biondi, Dr. Mariusz Ziejewski, and Dr. Allise Wachs (ECF No. 90) is denied.

    3. Plaintiff's motion to compel further responses to requests for production of documents ("RPD") and interrogatories (ECF No. 101) is granted. Defendant shall produce all documents responsive to RPD No. 29 by no later than November 20, 2019. Defendant shall provide further responses to Interrogatories Nos. 20-23 and produce all documents responsive to RPD Nos. 10-14 and 33-36 by no later than November 27, 2019. With each production, defendant shall provide a certification, singed under penalty of perjury, verifying that a diligent search has been conducted and that all responsive documents discovered have been performed.

    4. Plaintiff's motion to compel compliance with deposition subpoenas (ECF No. 102) is granted. Defendant shall produce all documents requested in each subpoena by 12:00 p.m. the day preceding each deposition.

DATED: November 19, 2019.

                                                   */s/ Edmund F. Brennan*
                                                   EDMUND F. BRENNAN
                                                   UNITED STATES MAGISTRATE JUDGE