UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00360-MCE-EFB<br><br>**ORDER GRANTING REQUEST TO SEAL PLAINTIFF'S RESPONSE TO FCA US LLC's MOTION FOR STAY OF PROCEEDINGS**<br><br>Judge:  Hon. Morrison C. England, Jr. |

| | |
|---|---|
| 1 | Plaintiff requested an order allowing it to file under seal an unredacted version of his Response to FCA US LLC's Motion for Stay of Proceedings because these materials contain information the parties or third-parties have designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order. (Dkt. No. 19). |

Plaintiff requested an order allowing it to file under seal an unredacted version of his Response to FCA US LLC's Motion for Stay of Proceedings because these materials contain information the parties or third-parties have designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order. (Dkt. No. 19).

This Court determines that there are compelling reasons to protect the confidentiality of the information contained in the above-referenced materials and hereby **GRANTS** Plaintiff's request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the above-referenced materials. These documents shall remain under seal indefinitely, pending further order of this Court.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE