**KERSHAW, COOK & TALLEY PC**
William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: stalley@kctlegal.com
Email: ian@kctlegal.com

Attorneys for Plaintiff and the putative Class

**DYKEMA GOSSETT LLP**
James P. Feeney (State Bar No. 219045)
Fred J. Fresard (*pro hac vice*)
Dommond E. Lonnie (State Bar No. 142662)
Abirami Gnanadesigan (State Bar No. 263375)
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Email: jfeeney@dykema.com
Email: ffresard@dykema.com
Email: dlonnie@dykema.com
Email: agnanadesigan@dykema.com

Attorneys for Defendant
FCA US LLC f/k/a Chrysler Group LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br>Complaint Filed: February 16, 2018 |

Plaintiff Shawn Alger ("Plaintiff") and Defendant FCA US LLC f/k/a Chrysler Group LLC ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**<u>STIPULATION</u>**

WHEREAS, Plaintiff filed his initial complaint on February 15, 2018 [Dkt. No. 1] and his class action complaint on February 16, 2018 [Dkt. No. 4];

WHEREAS, Plaintiff filed his Second Amended Complaint ("SAC") on April 23, 2018 [Dkt. No. 13] and Defendant filed its Answer to the SAC on May 14, 2018 [Dkt. No. 14];

WHEREAS, Plaintiff served his initial disclosures on September 19, 2018 and Defendant served its initial disclosures and supplemental initial disclosures on September 28, 2018;

WHEREAS, the Court entered an order on January 4, 2019 extending the discovery cut-off to March 18, 2019 [Dkt. No. 43];

WHEREAS, on March 4, 2019, the Court entered an order on stipulated class certification deadlines and to extend the discovery cut-off to November 30, 2019 [Dkt. No. 47];

WHEREAS, pursuant to the Parties' stipulation and the Court's March 4, 2019 Order, Plaintiff filed his motion for class certification on April 30, 2019;

WHEREAS, on January 20, 2020 the Court entered an order pursuant to the parties' stipulation extending the discovery cut-off date to March 30, 2020 (Dkt 136);

WHEREAS, on February 18, 2020 the Court entered an order Granting Class Certification;

WHEREAS, the parties now desire to engage in mediation to determine if resolution of this case is possible and seek to extend the discovery cut-off deadline to allow sufficient time to conduct mediation;

NOW, THEREFORE, the undersigned counsel for the Parties, having met and conferred, stipulate and agree as follows:

1. The deadline to complete merits-based discovery is extended to June 15, 2020. All other case deadlines shall be adjusted accordingly, consistent with the Court's Initial Pretrial Scheduling Order [Dkt. No. 3].

///

2. If resolution of this case is not achieved on or before May 15, 2020, plaintiff shall file a motion seeking approval of a plan to provide notice to the class.

Dated: March 18, 2020.    Respectfully submitted,

KERSHAW, COOK & TALLEY PC


By: */s/ Stuart C. Talley*
STUART C. TALLEY
WILLIAM A. KERSHAW
IAN J. BARLOW

Attorneys for Plaintiff and the putative Class

Dated: March 18, 2020.    DYKEMA GOSSETT LLP


By: */s/ Fred J. Fresard*
FRED J. FRESARD
DOMMOND E. LONNIE
JAMES P. FEENEY
ABIRAMI GNANADESIGAN

Attorneys for Defendant
FCA US LLC f/k/a/ Chrysler Group LLC

## ORDER

IT IS SO ORDERED.

DATED: March 23, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE