**KERSHAW, COOK & TALLEY PC**
William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: stuart@kctlegal.com
Email: ian@kctlegal.com

Attorneys for Plaintiff and the Class
Additional counsel listed on signature page


**DYKEMA GOSSETT LLP**
James P. Feeney (State Bar No. 219045)
Fred J. Fresard (*Pro Hac Vice*)
Krista L. Lenart (*Pro Hac Vice*)
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Email: jfeeney@dykema.com
Email: ffresard@dykema.com
Email: klenart@dykema.com

Attorneys for Defendant
FCA US LLC f/k/a Chrysler Group LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER MODIFYING CLASS DEFINITION**<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br>Complaint Filed: February 16, 2018 |

Plaintiff Shawn Alger ("Plaintiff") and Defendant FCA US LLC f/k/a Chrysler Group LLC ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**STIPULATION**

1. On February 18, 2020, the Court certified the following Class under Rule 23(b)(3), excluding any personal injury claims or damages:

> All persons in California who currently own or lease, or who have owned or leased, any Class Vehicle manufactured by Chrysler or any of its subsidiaries or affiliates that is equipped with an Automatic Head Restraint ("AHR") system.

Dkt. No. 141 at 3, 20.

2. The Court also certified a California CLRA Subclass consisting of all members of the Class who are "consumers" within the meaning of California Civ. Code § 1761(d). *Id.* at 20.

3. The Court's order identified 55 Chrysler make and model years that constitute the Class Vehicles. *Id.* at 20.

4. The parties have conferred and agreed that an additional 23 Chrysler make and model years are equipped with AHR Systems and so fit the Class definition. The full list of Class Vehicles is:

> 2010-2018 Dodge Journey
> 2010-2011 Dodge Nitro
> 2010-2012 Jeep Liberty
> 2010-2017 Jeep Patriot or Compass
> 2010-2012 Dodge Caliber
> 2010-2018 Dodge Caravan
> 2010-2018 Town & Country
> 2011-2018 Dodge Durango
> 2011-2018 Jeep Grand Cherokee
> 2010-2014 Sebring/Avenger
> 2010-2014 Chrysler 200

The parties therefore stipulate that the Court's order certifying a class should be modified to identify all of the above make and model years as Class Vehicles. The parties further stipulate

that the proposed modification of the order does not trigger any right to petition for interlocutory appeal under Federal Rule of Civil Procedure 23(f).

Dated: May 15, 2020.                                             Respectfully submitted,

**KERSHAW, COOK & TALLEY PC**

By: */s/ Stuart C. Talley*
STUART C. TALLEY
WILLIAM A. KERSHAW
IAN J. BARLOW
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: stuart@kctlegal.com
Email: ian@kctlegal.com

MARK P. CHALOS (*Pro Hac Vice*)
KENNETH S. BYRD (*Pro Hac Vice*)
MADELINE M. GOMEZ (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone:    (615) 313-9000
Facsimile:    (615) 313-9965
Email: mchalos@lchb.com
Email: kbyrd@lchb.com
Email: mgomez@lchb.com

Attorneys for Plaintiff and the Class

Dated: May 15, 2020.                                  **DYKEMA GOSSETT LLP**

By: */s/ Krista L. Lenart*
KRISTA L. LENART
JAMES P. FEENEY
FRED J. FRESARD

Attorneys for Defendant
FCA US LLC f/k/a/ Chrysler Group LLC

3

**ORDER**

Pursuant to stipulation, IT IS ORDERED that Paragraph 2 of the Conclusion of the Court's Order Granting Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Dkt. No. 141) is modified to state:

> 2. The Court designates as Class Vehicles the following model and year FCA/Chrysler vehicles:  2010-2018 Dodge Journey; 2010-2011 Dodge Nitro; 2010-2012 Jeep Liberty; 2010-2017 Jeep Patriot or Compass; 2010-2012 Dodge Caliber; 2010-2018 Dodge Caravan; 2010-2018 Town & Country; 2011-2018 Dodge Durango; 2011-2018 Jeep Grand Cherokee; 2010-2014 Sebring/Avenger; and 2010-2014 Chrysler 200.

This Order does not trigger any right to petition for permission to appeal under Federal Rule of Civil Procedure 23(f).

IT IS SO ORDERED.

Dated:  May 21, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE