**KERSHAW, COOK & TALLEY PC**
William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 779-7000
Facsimile:  (916) 721-2501
Email: bill@kctlegal.com
Email: stalley@kctlegal.com
Email: ian@kctlegal.com

Attorneys for Plaintiff and the putative Class

**DYKEMA GOSSETT LLP**
James P. Feeney (State Bar No. 219045)
Fred J. Fresard (*pro hac vice*)
Dommond E. Lonnie (State Bar No. 142662)
Abirami Gnanadesigan (State Bar No. 263375)
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850
Email: jfeeney@dykema.com
Email: ffresard@dykema.com
Email: dlonnie@dykema.com
Email: agnanadesigan@dykema.com

Attorneys for Defendant
FCA US LLC f/k/a Chrysler Group LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br>Complaint Filed: February 16, 2018 |

Plaintiff Shawn Alger ("Plaintiff") and Defendant FCA US LLC f/k/a Chrysler Group LLC ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed his initial complaint on February 15, 2018 [Dkt. No. 1] and his class action complaint on February 16, 2018 [Dkt. No. 4];

WHEREAS, Plaintiff filed his Second Amended Complaint ("SAC") on April 23, 2018 [Dkt. No. 13] and Defendant filed its Answer to the SAC on May 14, 2018 [Dkt. No. 14];

WHEREAS, Plaintiff served his initial disclosures on September 19, 2018 and Defendant served its initial disclosures and supplemental initial disclosures on September 28, 2018;

WHEREAS, the Court entered an order on January 4, 2019 extending the discovery cut-off to March 18, 2019 [Dkt. No. 43];

WHEREAS, on March 4, 2019, the Court entered an order on stipulated class certification deadlines and to extend the discovery cut-off to November 30, 2019 [Dkt. No. 47];

WHEREAS, pursuant to the Parties' stipulation and the Court's March 4, 2019 Order, Plaintiff filed his motion for class certification on April 30, 2019;

WHEREAS, on January 6, 2020 the Court entered an order pursuant to the parties' stipulation extending the discovery cut-off date to March 30, 2020 (Dkt 136);

WHEREAS, on February 18, 2020 the Court entered an order Granting Class Certification;

WHEREAS, on March 23, 2020 the Court entered an order pursuant to the parties' stipulation extending the discovery cut-off date to June 15, 2020 (Dkt 145);

WHEREAS, on May 7, 2019 the parties engaged in a mediation before the Honorable Layne Phillips and continue to engage in settlement discussions in the hope of obtaining resolution of this case; and

WHEREAS, the parties desire to further continue the discovery cut-off date for 90 days in order to continue settlement discussions.

NOW, THEREFORE, the undersigned counsel for the Parties, having met and conferred, stipulate and agree as follows:

The deadline to complete previously noticed depositions, as well as the depositions of Dr. Bruce Davis and Dr. Mariusz Ziejewski, is continued to September 10, 2020. All other case deadlines shall be adjusted accordingly, consistent with the Court's Initial Pretrial Scheduling Order [Dkt. No. 3].

Dated: June 15, 2020.                            Respectfully submitted,

                                                 KERSHAW, COOK & TALLEY PC


                                                 By: */s/Stuart C. Talley*
                                                 STUART C. TALLEY
                                                 WILLIAM A. KERSHAW
                                                 IAN J. BARLOW

                                                 Attorneys for Plaintiff and the putative Class

Dated: June 15, 2020                             DYKEMA GOSSETT LLP


                                                 By: */s/ Fred J. Fresard*
                                                 FRED J. FRESARD
                                                 DOMMOND E. LONNIE
                                                 JAMES P. FEENEY
                                                 ABIRAMI GNANADESIGAN

                                                 Attorneys for Defendant
                                                 FCA US LLC f/k/a/ Chrysler Group LLC


**ORDER**

    IT IS SO ORDERED.

Dated: June 16, 2020

                                                 _____
                                                 MORRISON C. ENGLAND, JR
                                                 UNITED STATES DISTRICT JUDGE