**KERSHAW, COOK & TALLEY PC**
William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 779-7000
Facsimile:  (916) 721-2501
Email: bill@kctlegal.com
Email: stuart@kctlegal.com
Email: ian@kctlegal.com

Attorneys for Plaintiff and the Class
Additional counsel listed on signature page


**DYKEMA GOSSETT LLP**
James P. Feeney (State Bar No. 219045)
Fred J. Fresard (*Pro Hac Vice*)
Krista L. Lenart (*Pro Hac Vice*)
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850
Email: jfeeney@dykema.com
Email: ffresard@dykema.com
Email: klenart@dykema.com

Attorneys for Defendant
FCA US LLC f/k/a Chrysler Group LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULED DISCOVERY CUT-OFF DATE AND CLASS NOTICE**<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br>Complaint Filed: February 16, 2018 |

Plaintiff Shawn Alger ("Plaintiff") and Defendant FCA US LLC f/k/a Chrysler Group LLC ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed his initial complaint on February 15, 2018 [Dkt. No. 1] and his class action complaint on February 16, 2018 (Dkt. No. 4);

WHEREAS, on January 20, 2020 the Court entered an order pursuant to the parties' stipulation extending the discovery cut-off date to March 30, 2020 (Dkt. No. 136);

WHEREAS, on February 18, 2020 the Court entered an order Granting Class Certification (Dkt. No. 141);

WHEREAS, on March 23, 2020, the Court entered an order pursuant to the parties' stipulation extending the discovery cut-off date to June 15, 2020 to allow sufficient time to conduct mediation (Dkt. No. 145);

WHEREAS, on May 7, 2020 the parties engaged in a mediation that did not resolve in settlement.

WHEREAS, on June 17, 2020 the court entered an order extending the time for the completion of certain depositions to September 10, 2020 so that the parties could continue their mediation efforts (Dkt. No. 156);

WHEREAS, on August 11, 2020 the Court entered an order requiring Notice to the Class to be disseminated by no later than September 20, 2020 (Dkt. No. 158);

WHEREAS, the parties now desire to engage in second mediation on October 1, 2020 to determine if resolution of this case is possible and seek to extend the notice deadline and the deadline for conducting remaining discovery to allow sufficient time to conduct mediation;

NOW, THEREFORE, the undersigned counsel for the Parties, having met and conferred, stipulate and agree as follows:

1. The deadline to complete the depositions of previously noticed FCA US fact witnesses is extended to December 18, 2020. All other case deadlines shall be adjusted accordingly, consistent with the Court's Initial Pretrial Scheduling Order (Dkt. No. 3).

2. The deadline for the Claims Administrator to disseminate notice to the Class is extended to November 11, 2020.

Dated: August 28, 2020.                                     Respectfully submitted,

**KERSHAW, COOK & TALLEY PC**

By: */s/ Stuart C. Talley*
STUART C. TALLEY
WILLIAM A. KERSHAW
IAN J. BARLOW


MARK P. CHALOS (*Pro Hac Vice*)
KENNETH S. BYRD (*Pro Hac Vice*)
MADELINE M. GOMEZ (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP


Attorneys for Plaintiff and the Class


Dated: August 28, 2020.                                     **DYKEMA GOSSETT LLP**

By: */s/ Fred J. Fresard*
James P. Feeney (State Bar No. 219045)
Fred J. Fresard (Pro Hac Vice)
Krista L. Lenart (Pro Hac Vice)

Attorneys for Defendant
FCA US LLC f/k/a/ Chrysler Group LLC

**ORDER**

IT IS SO ORDERED.

Dated:  August 28, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

3