1  **KERSHAW, COOK & TALLEY PC**
   William A. Kershaw (State Bar No. 057486)
2  Stuart C. Talley (State Bar No. 180374)
   Ian J. Barlow (State Bar No. 262213)
3  401 Watt Avenue
4  Sacramento, California 95864
   Telephone: (916) 779-7000
5  Facsimile: (916) 721-2501
   Email: bill@kctlegal.com
6  Email: stuart@kctlegal.com
7  Email: ian@kctlegal.com

8  Attorneys for Plaintiff and the Class
   Additional counsel listed on signature page
9

10
   **DYKEMA GOSSETT LLP**
11 James P. Feeney (State Bar No. 219045)
   Fred J. Fresard (*Pro Hac Vice*)
12 Krista L. Lenart (*Pro Hac Vice*)
   333 South Grand Ave., Suite 2100
13 Los Angeles, California 90071
   Telephone: (213) 457-1800
14 Facsimile: (213) 457-1850
15 Email: jfeeney@dykema.com
   Email: ffresard@dykema.com
16 Email: klenart@dykema.com

17 Attorneys for Defendant
   FCA US LLC f/k/a Chrysler Group LLC
18

19
20                    **UNITED STATES DISTRICT COURT**

21                    **EASTERN DISTRICT OF CALIFORNIA**

22 | SHAWN ALGER as an individual and on behalf of all others similarly situated, | Case No.: 2:18-cv-00360-MCE-EFB |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER TO MODIFY SCHEDULED DISCOVERY CUT-OFF DATE** |
| v. | |
| FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive, | Assigned to Hon. Morrison C. England, Jr. Courtroom 7, 14th Floor Complaint Filed: February 16, 2018 |
| Defendants. | |

1

1  Plaintiff Shawn Alger ("Plaintiff") and Defendant FCA US LLC f/k/a Chrysler Group LLC
2  ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate as
3  follows:

**STIPULATION**

WHEREAS, Plaintiff filed his initial complaint on February 15, 2018 [Dkt. No. 1] and his class action complaint on February 16, 2018 (Dkt. No. 4);

WHEREAS, on January 20, 2020 the Court entered an order pursuant to the parties' stipulation extending the discovery cut-off date to March 30, 2020 (Dkt. No. 136);

WHEREAS, on February 18, 2020 the Court entered an order Granting Class Certification (Dkt. No. 141);

WHEREAS, on March 23, 2020, the Court entered an order pursuant to the parties' stipulation extending the discovery cut-off date to June 15, 2020 to allow sufficient time to conduct mediation (Dkt. No. 145);

WHEREAS, on May 7, 2020 the parties engaged in a mediation that did not resolve in settlement.

WHEREAS, on June 17, 2020 the court entered an order extending the time for the completion of certain depositions to September 10, 2020 so that the parties could continue their mediation efforts (Dkt. No. 156);

WHEREAS, on August 21, 2020 the court entered an order extending the time for the completion of certain depositions to December 18, 2020 (Dkt. No. 160);

WHEREAS, following the entry of this order a dispute arose concerning whether the defendant was required to supplement its prior document production prior to the depositions and the extent of the supplementation;

WHEREAS, following an informal discovery conference with the Magistrate, the parties reached an agreement on the extent and nature of defendant's supplementation obligation;

WHEREAS, defendant believes it will need until at least January 15, 2021 to supplement its document production;

NOW, THEREFORE, the undersigned counsel for the Parties, having met and conferred, stipulate and agree as follows:

> The deadline to complete the depositions of previously noticed FCA US fact witnesses is extended to March 15, 2021. All other case deadlines shall be adjusted accordingly, consistent with the Court's Initial Pretrial Scheduling Order [Dkt. No. 3].

Dated: December 29, 2020     Respectfully submitted,

**KERSHAW, COOK & TALLEY PC**

By: */s/ Stuart C. Talley*
STUART C. TALLEY
WILLIAM A. KERSHAW
IAN J. BARLOW
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: stuart@kctlegal.com
Email: ian@kctlegal.com

MARK P. CHALOS (*Pro Hac Vice*)
KENNETH S. BYRD (*Pro Hac Vice*)
MADELINE M. GOMEZ (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone:    (615) 313-9000
Facsimile:    (615) 313-9965
Email: mchalos@lchb.com
Email: kbyrd@lchb.com
Email: mgomez@lchb.com

Attorneys for Plaintiff and the Class

Dated: December 29, 2020　　　　　　　　　　**DYKEMA GOSSETT LLP**

By: */s/ Fred J. Fresard*
James P. Feeney (State Bar No. 219045)
Fred J. Fresard (Pro Hac Vice)
Krista L. Lenart (Pro Hac Vice)
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Email: jfeeney@dykema.com
Email: ffresard@dykema.com
Email: klenart@dykema.com

Attorneys for Defendant
FCA US LLC f/k/a/ Chrysler Group LLC

**ORDER**

IT IS SO ORDERED.

Dated: January 4, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE