**KERSHAW, COOK & TALLEY PC**
William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: stuart@kctlegal.com
Email: ian@kctlegal.com

Attorneys for Plaintiff and the Class
Additional counsel listed on signature page

**DYKEMA GOSSETT LLP**
James P. Feeney (State Bar No. 219045)
Fred J. Fresard (*Pro Hac Vice*)
Krista L. Lenart (*Pro Hac Vice*)
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Email: jfeeney@dykema.com
Email: ffresard@dykema.com
Email: klenart@dykema.com

Attorneys for Defendant
FCA US LLC f/k/a Chrysler Group LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER TO MODIFY EXPERT DISCOVERY SCHEDULE**<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br>Complaint Filed: February 16, 2018 |

Plaintiff Shawn Alger ("Plaintiff") and Defendant FCA US LLC f/k/a Chrysler Group LLC ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed his initial complaint on February 15, 2018 [Dkt. No. 1] and his class action complaint on February 16, 2018 (Dkt. No. 4);

WHEREAS, on January 20, 2020 the Court entered an order pursuant to the parties' stipulation extending the discovery cut-off date to March 30, 2020 (Dkt. No. 136);

WHEREAS, on February 18, 2020 the Court entered an order Granting Class Certification (Dkt. No. 141);

WHEREAS, on March 23, 2020, the Court entered an order pursuant to the parties' stipulation extending the discovery cut-off date to June 15, 2020 to allow sufficient time to conduct mediation (Dkt. No. 145);

WHEREAS, on May 7, 2020 the parties engaged in a mediation that did not resolve in settlement.

WHEREAS, on June 17, 2020 the court entered an order extending the time for the completion of certain depositions to September 10, 2020 so that the parties could continue their mediation efforts (Dkt. No. 156);

WHEREAS, on August 21, 2020 the court entered an order extending the time for the completion of certain depositions to December 18, 2020 (Dkt. No. 160);

WHEREAS, on January 4, 2021 the court entered an order extending the time for the completion of certain depositions to March 15, 2021 (Dkt. No. 169);

WHEREAS, following the entry of this order the parties have met and conferred concerning the nature and extent of the defendant's duty to supplement its discovery responses.

WHEREAS, the defendant needs additional time to supplement its discovery responses and those supplemental responses will likely impact the expert reports that are due to be exchanged on May 14, 2021; and

///

WHEREAS, the parties believe that efficiencies will be achieved if the deadline to exchange expert and rebuttal expert reports is extended for a period of 45 days while keeping all other deadlines in place.

NOW, THEREFORE, the undersigned counsel for the Parties, having met and conferred, stipulate and agree as follows:

1. The deadline to disclose experts and exchange reports shall be June 30, 2021; and
2. The deadline to disclose supplemental experts and exchange reports shall be August 13, 2021.

Dated: May 4, 2021  Respectfully submitted,

**KERSHAW, COOK & TALLEY PC**

By: */s/ Stuart C. Talley*
STUART C. TALLEY
WILLIAM A. KERSHAW
IAN J. BARLOW
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: stuart@kctlegal.com
Email: ian@kctlegal.com

MARK P. CHALOS (*Pro Hac Vice*)
KENNETH S. BYRD (*Pro Hac Vice*)
MADELINE M. GOMEZ (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
Email: mchalos@lchb.com
Email: kbyrd@lchb.com
Email: mgomez@lchb.com

Attorneys for Plaintiff and the Class

| | |
|---|---|
| Dated: May 4, 2021 | **DYKEMA GOSSETT LLP**<br><br>By: */s/ Fred J. Fresard*<br>James P. Feeney (State Bar No. 219045)<br>Fred J. Fresard (Pro Hac Vice)<br>Krista L. Lenart (Pro Hac Vice)<br>333 South Grand Ave., Suite 2100<br>Los Angeles, California 90071<br>Telephone: (213) 457-1800<br>Facsimile: (213) 457-1850<br>Email: jfeeney@dykema.com<br>Email: ffresard@dykema.com<br>Email: klenart@dykema.com<br><br>Attorneys for Defendant<br>FCA US LLC f/k/a/ Chrysler Group LLC |

**ORDER**

IT IS SO ORDERED.

Dated: May 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

4

JOINT STIP AND ORDER                                    2:18-cv-00360-MCE-EFB