**KERSHAW, COOK & TALLEY PC**
William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 779-7000
Facsimile:  (916) 244-4829
Email: bill@kctlegal.com
Email: stalley@kctlegal.com
Email: ian@kctlegal.com

Attorneys for Plaintiff and the Class

Klein Thomas & Llee LLC
Fred J. Fresard (*Pro Hac Vice*)
Fred.Fresard@kleinthomaslaw.com
Ian K. Edwards (*Pro Hac Vice*)
Ian.Edwards@kleinthomaslaw.com
Anthony Thomas (State Bar No. 149284.)
Tony.Thomas@kleinthomaslaw.com
1100 Town and Country Rd
Orange, CA 92868
Telephone: (714) 543-3446
Attorneys for Defendant
FCA US LLC f/k/a CHRYSLER GROUP LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE; ORDER**<br><br>Assigned to Hon. Morrison C. England, Jr. Courtroom 7, 14th Floor<br>Complaint Filed: February 16, 2018 |

1
STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE

Plaintiff Shawn Alger ("Plaintiff") and Defendant FCA US LLC f/k/a Chrysler Group LLC ("Defendant" or "FCA") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed his initial complaint on February 15, 2018 [Dkt. No. 1] and his class action complaint on February 16, 2018 [Dkt. No. 4];

WHEREAS, on February 18, 2020 the Court entered an order Granting Class Certification [Dkt. No. 141];

WHEREAS, on April 10, 2018, the Court entered an Order allowing Plaintiff to file his SAC by April 23, 2018 and granting the Parties' proposed briefing schedule [Dkt. No. 12];

WHEREAS, Plaintiff filed his SAC on April 23, 2018 [Dkt. No. 13] and Defendant filed its Answer to the SAC on May 14, 2018 [Dkt. No. 14];

WHEREAS, on May 7, 2020 the parties engaged in a mediation that did not result in a settlement;

WHEREAS, on June 17, 2020 the court entered an order extending the time for the completion of certain depositions to September 10, 2020 so that the parties could continue their mediation efforts [Dkt. No. 165];

WHEREAS, on January 4, 2021 the court entered an order extending the time for the completion of certain depositions to March 15, 2021 [Dkt. No. 169]

Whereas on May 10, 2021 the court entered an order extending the time for the parties to exchange expert rebuttal reports to August 13, 2021 [Dkt. No. 173];

WHEREAS, the parties are still completing expert discovery, including expert depositions;

WHREAS, the parties are continuing settlement negotiations;

WHEREAS, the Defendant needs to complete expert depositions before it can finalize its Motion for Summary Judgment; and

WHEREAS, the parties believe that efficiencies will be achieved if the deadline for Defendant's Motion for Summary Judgment is extended for a period of 14 days while keeping all other deadlines in place.

NOW, THEREFORE, undersigned counsel for the Parties, having met and conferred, stipulate and agree as follows:

1. The deadline for FCA US LLC to file its Motion for Summary Judgment shall be September 27, 2021.

2. Plaintiffs shall have 21 days to respond to FCA US LLC's Motion for Summary Judgment.

Dated: September 10, 2021			Respectfully submitted,

					KERSHAW, COOK & TALLEY PC


					By: */s/Stuart C. Talley*
					STUART C. TALLEY
					WILLIAM A. KERSHAW
					IAN J. BARLOW

					Attorneys for Plaintiff and the putative Class


Dated: September 10, 2021			KLEIN THOMAS & LEE PLLC


					By: */s/ Fred J. Fresard*
					Fred J. Fresard
					Ian K. Edwards
					Anthony S. Thomas

					Attorneys for Defendant
					FCA US LLC f/k/a/ Chrysler Group LLC


**ORDER**

IT IS SO ORDERED.


Dated: September 13, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE