**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive ,<br><br>Defendants | Case No. 2:18-cv-00360-MCE-EFB<br><br>**ORDER GRANTING DEFENDANT FCA US LLC'S REQUEST TO SEAL**<br><br>Judge: Hon. Morrison C. England, Jr. |

Defendant FCA US LLC requested (ECF No. 181) an order allowing it to file under seal an unredacted version of Defendant's Motion to Exclude the Opinions and Testimony of Dr. Francesco Biondi because it contains information the parties or third-parties have designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this case.

This Court determines that there are sufficient reasons to protect the confidentiality of the information contained in the above-referenced document and hereby **GRANTS** Defendant's request and directs the Clerk of the Court to file under seal the complete, unredacted version of the above-referenced document.

1    The above referenced document shall be sealed for a period of one year from the date this
2    Order is electronically filed.  Should the parties believe an extension of this sealing order is
3    warranted, they may seek such an extension prior to the expiration of the one-year period.
4    IT IS SO ORDERED.

6    DATED: OCTOBER 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE