William A. Kershaw, State Bar No. 057486
Stuart C. Talley, State Bar No. 180374
Ian J. Barlow, State Bar No. 262213
KERSHAW, COOK & TALLEY PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile:  (916) 721-2501
Email: bill@kctlegal.com
Email: stuart@kctlegal.com
Email: ian@kctlegal.com

Mark P. Chalos (pro hac vice)
Kenneth S. Byrd (pro hac vice)
Madeline M. Gomez (pro hac vice)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, Tennessee  37201
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9965
Email:  mchalos@lchb.com
Email:  kbyrd@lchb.com
mgomez@lchb.com

Attorneys for Plaintiff and the putative Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.  2:18-cv-00-360-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL**<br><br><br>Date: November 18, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: Courtroom 7, 14th Floor |

1    Plaintiff requested an order allowing it to file under seal an unredacted version of Plaintiff's
2    Opposition to Defendant's Motion for Summary Judgment and supporting declaration; Plaintiff's
3    Opposition To Defendant FCA US LLC's Notice Of Motion To Exclude The Expert Opinions And
4    Testimony Of Dr. Francesco Biondi; and  Plaintiffs' Opposition To Defendant FCA US LLC's
5    Notice Of Motion To Exclude The Expert Opinions And Testimony Of Dr. Mariusz Ziejewski
6    because they contains information the parties or third-parties have designated "CONFIDENTIAL"
7    pursuant to the Stipulated Protective Order entered in this case. (ECF No. 139.)

8    This Court determines that there are sufficient reasons to protect the confidentiality of the
9    information contained in the above-referenced document and hereby **GRANTS** Plaintiff's request
10   and directs the Clerk of the Court to file under seal the complete, unredacted version of the above-
11   referenced document. This document shall remain under seal for a period of one year following the
12   date this order is electronically filed.  The parties remain free to seek to extend this sealing period
13   prior to its expiration should they determine such further sealing would be appropriate.

14   IT IS SO ORDERED.

15   Dated:  November 15, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE