**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive ,<br><br>Defendants | Case No. 2:18-cv-00360-MCE-EFB<br><br>**ORDER GRANTING DEFENDANT FCA US LLC'S REQUEST TO SEAL**<br><br>Judge: Hon. Morrison C. England, Jr. |

Defendant FCA US LLC requested an order allowing it to file under seal an unredacted version of Defendant's Reply Brief in Support of Its Motion for Summary Judgment, Reply Brief in Support of Its Motion to Exclude Dr. Francisco Biondi, and Defendnat's Reply Brief in Support of Its Motion to Exclude Dr. Mariusz Ziejewski because these documents contain information the parties or third-parties have designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this case.

This Court determines that there are sufficient reasons to protect the confidentiality of the information contained in the above-referenced document and hereby **GRANTS** Defendant's request and directs the Clerk of the Court to file under seal the complete, unredacted version of the above-

1  referenced documents.  These documents shall remain under seal for a period of one year from the
2  date this order is electronically filed.  The parties remain free to seek an additional period of sealing
3  prior the expiration of that time period should they deem it appropriate to do so.

     IT IS SO ORDERED.

DATED:  NOVEMBER 15, 2021

_____  
MORRISON C. ENGLAND, JR  
SENIOR UNITED STATES DISTRICT JUDGE