William A. Kershaw, State Bar No. 057486
Stuart C. Talley, State Bar No. 180374
Ian J. Barlow, State Bar No. 262213
KERSHAW, COOK & TALLEY PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile:  (916) 721-2501
Email: bill@kctlegal.com
Email: stuart@kctlegal.com
Email: ian@kctlegal.com

Mark P. Chalos (pro hac vice)
Kenneth S. Byrd (pro hac vice)
Christopher E. Coleman
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, Tennessee  37201
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9965
mchalos@lchb.com
kbyrd@lchb.com
ccoleman@lchb.com

*Attorneys for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.  2:18-cv-00-360-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL**<br><br><br>Date: December 16, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: Courtroom 7, 14th Floor |

ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL

1    Plaintiff requested an order allowing it to file under seal an unredacted version of Plaintiff's
2 Motion to Amend Scheduling Order and Set Case for Trial and supporting Declaration because
3 they contain information the parties or third-parties have designated "CONFIDENTIAL" pursuant
4 to the Stipulated Protective Order entered in this case. (ECF No. 139.)

5    This Court determines that there are sufficient reasons to protect the confidentiality of the
6 information contained in the above-referenced document and hereby **GRANTS** Plaintiff's request
7 and directs the Clerk of the Court to file under seal the complete, unredacted version of the above-
8 referenced document. This document shall remain under seal for a period of one year following the
9 date this Order is electronically filed. Should the parties deem it appropriate, they remain free to
10 file a request to extend the sealing order prior to the expiration of this period.

11    IT IS SO ORDERED.

12 Dated: November 23, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE