


# United States District Court
# Eastern District of California

**SHAWN ALGER**

Plaintiff(s)

V.

**FCA US LLC f/k/a CHRYSLER GROUP LLC, et al.**

Defendant(s)

Case Number: 2:18-cv-00360-MCE-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Christopher E. Coleman__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Shawn Alger

On __June 6, 2006__ (date), I was admitted to practice and presently in good standing in the __State Bar of Tennessee__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: December 7, 2021            Signature of Applicant: /s/ Christopher E. Coleman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Christopher E. Coleman |
| Law Firm Name: | Lieff, Cabraser, Heimann and Bernstein, LLP |
| Address: | 222 Second Avenue South, Suite 1640 |
| City: | Nashville   State: TN   Zip: 37201 |
| Phone Number w/Area Code: | 615-313-9000 |
| City and State of Residence: | Nashville, TN |
| Primary E-mail Address: | ccoleman@lchb.com |
| Secondary E-mail Address: | korsland@lchb.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Stuart Talley |
| Law Firm Name: | Kershaw, Cook & Talley PC |
| Address: | 401 Watt Avenue |
| City: | Sacramento   State: CA   Zip: 95864 |
| Phone Number w/Area Code: | 916-779-7000   Bar # 180374 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 20, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE