1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  SHAWN ALGER as an individual and on behalf        Case No. 2:18-cv-00360-MCE-EFB
    of all others similarly situated,
12                                                     **ORDER GRANTING DEFENDANT FCA
                Plaintiff,                             US LLC'S REQUEST TO SEAL**
13
        vs.                                            Judge: Hon. Morrison C. England, Jr.
14
15  FCA US LLC f/k/a CHRYSLER GROUP LLC, a
    Delaware Corporation, and DOES 1 through 100,
16  inclusive ,

17                Defendants

18

19          Defendant FCA US LLC requested an order allowing it to file under seal an unredacted

20  version of Defendant's Response in Opposition to Plaintiff's Motion to Amend Scheduling Order and

21  all exhibits thereto because these documents contain information the parties or third-parties have

22  designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this case.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   This Court determines that there are sufficient reasons to protect the confidentiality of the

2   information contained in the above-referenced document and hereby **GRANTS** Defendant's request

3   and directs the Clerk of the Court to file under seal the complete, unredacted version of the above-

4   referenced documents. This document shall remain for a period not to exceed one year from the date

5   this order is electronically filed.  The parties remain free to seek further sealing, if appropriate, prior

6   to the expiration of this period.

7   

8   IT IS SO ORDERED.

9   DATED:  DECEMBER 20, 2021

10

11   _____

12   MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28