**KERSHAW TALLEY BARLOW PC**
William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 779-7000
Facsimile:  (916) 244-4829
Email: bill@ktblegal.com
Email: stuart@ktblegal.com
Email: ian@ktblegal.com

Attorneys for Plaintiff and the Class
[Additional counsel listed on signature page]

**KLEIN THOMAS & LEE PLLC**
Fred J. Fresard (*Pro Hac Vice*)
Ian K. Edwards (*Pro Hac Vice*)
Anthony Thomas (State Bar No. 149284)
1100 Town and Country Rd
Orange, California  92868
Telephone:  (714) 543-3446
Email: fred.fresard@kleinthomaslaw.com
Email: ian.edwards@kleinthomaslaw.com
Email: tony.thomas@kleinthomaslaw.com

Attorneys for Defendant
FCA US LLC f/k/a Chrysler Group LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN ALGER as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00360-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER TO RE-OPEN DISCOVERY**<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br>Complaint Filed: February 16, 2018 |

Plaintiff Shawn Alger ("Plaintiff") and Defendant FCA US LLC f/k/a Chrysler Group LLC ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

# STIPULATION

WHEREAS, Plaintiff filed his initial complaint on February 15, 2018 [Dkt. No. 1] and his class action complaint on February 16, 2018 (Dkt. No. 4);

WHEREAS, discovery in this case closed on March 15, 2021 (Dkt. No. 169);

WHEREAS, plaintiff seeks additional supplemental discovery and to re-open discovery for the purpose of authenticating and confirming the admissibility of documents produced by defendant and third parties in discovery.

NOW, THEREFORE, the undersigned counsel for the Parties, having met and conferred, stipulate and agree as follows:

1. On or before January 13, 2023, Defendant will supplement its discovery by providing the following:

    - Updated warranty data through October 31, 2022.
    - Updated CAIRs data through October 31, 2022.
    - Updated correspondence with NHTSA through October 31, 2022.
    - New failure rate projections.

2. Plaintiff will provide a list of documents he intends to use at trial. Thereafter, the parties will meet and confer with respect to the admissibility of the documents. If the parties cannot reach agreement within 20 days of submitting the documents, plaintiff may re-open discovery for the limited purpose of establishing the admissibility of the contested documents.

Dated: November 21, 2022				Respectfully submitted,

**KERSHAW TALLEY BARLOW PC**

By: /s/ Stuart C. Talley
STUART C. TALLEY
WILLIAM A. KERSHAW
IAN J. BARLOW
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 779-7000
Facsimile:  (916) 721-2501

|   |   |
|---|---|
|   | Email: bill@ktblegal.com |
|   | Email: stuart@ktblegal.com |
|   | Email: ian@ktblegal.com |
|   |   |
|   | MARK P. CHALOS (*Pro Hac Vice*) |
|   | KENNETH S. BYRD (*Pro Hac Vice*) |
|   | MADELINE M. GOMEZ (*Pro Hac Vice*) |
|   | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|   | 222 Second Avenue South, Suite 1640 |
|   | Nashville, Tennessee 37201 |
|   | Telephone:   (615) 313-9000 |
|   | Facsimile:   (615) 313-9965 |
|   | Email: mchalos@lchb.com |
|   | Email: kbyrd@lchb.com |
|   | Email: mgomez@lchb.com |
|   |   |
|   | Attorneys for Plaintiff and the Class |
| Dated: November 21, 2022 | KLEIN THOMAS & LEE PLLC |
|   |   |
|   | By: */s/ Fred J. Fresard* |
|   | FRED J. FRESARD (*Pro Hac Vice*) |
|   | IAN K. EDWARDS (*Pro Hac Vice*) |
|   | ANTHONY THOMAS |
|   | 1100 Town and Country Rd |
|   | Orange, CA 92868 |
|   | Telephone:  (714) 543-3446 |
|   | Email: fred.fresard@kleinthomaslaw.com |
|   | Email: ian.edwards@kleinthomaslaw.com |
|   | Email: tony.thomas@kleinthomaslaw.com |
|   |   |
|   | Attorneys for Defendant |
|   | FCA US LLC f/k/a/ Chrysler Group LLC |

**ORDER**

Good cause having been shown, the parties' stipulation is ADOPTED as the order of this Court. Plaintiffs' Motion to Reopen Discovery (ECF No. 227) is DENIED as moot.

IT IS SO ORDERED.

Dated: November 28, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE