UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALGER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  2:18-CV-00360-DJC-JDP<br><br>**ORDER TO CONTINUE HEARING DATE TO MAY 9, 2024**<br><br>Date:  April 11, 2024<br>Time:  1:30 p.m.<br>Location:  10, 13th Floor<br>Judge:  Hon. Daniel J. Calabretta |

The Court, having considered the Stipulation to Continue Hearing Date to May 9, 2024, submitted herewith, and good cause appearing, hereby entered the following order:

1) The April 11, 2024, hearing date on Plaintiff's Motion to Modify the Class Certification Order and Motion to Amend Complaint to Substitute New Class Representative (ECF No. 247) is continued to May 9, 2024, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  March 28, 2024                         /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE