

United States District Court
Eastern District of California

SHAWN ALGER, as an individual and on
behalf of all others similarly situated,

Plaintiff(s)

V.

FCA US LLC f/k/a CHRYSLER GROUP LLC,
a Delaware Corporation, and DOES 1 through
100, inclusive

Defendant(s)

Case Number:  18-cv-00360-DJC-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Brandon L. Boxler                    hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant FCA US LLC

On          10/14/2011          (date), I was admitted to practice and presently in good standing in the

          Commonwealth of Virginia          (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date:          05/31/2024          Signature of Applicant: /s/ Brandon L. Boxler

**Pro Hac Vice Attorney**

Applicant's Name: Brandon L. Boxler

Law Firm Name: Klein Thomas Lee & Fresard

Address: 919 E. Main St.

Suite 1000

City: Richmond    State: VA    Zip: 23219

Phone Number w/Area Code: (703) 621-2109

City and State of Residence: Midlothian, Virginia

Primary E-mail Address: brandon.boxler@kleinthomaslaw.com

Secondary E-mail Address: kim.perkins@kleinthomaslaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Anthony S. Thomas

Law Firm Name: Klein Thomas Lee & Fresard

Address: 1920 Main St.

Suite 230

City: Irvine    State: CA    Zip: 92614

Phone Number w/Area Code: (310) 424-4009    Bar # 149284

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 12, 2024

*Daniel J. Calabretta*

JUDGE, U.S. DISTRICT COURT