UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY OLSON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00360-DJC-JDP<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND PLAINTIFF'S MOTION (RENEWED) TO MODIFY THE CLASS CERTIFICATION ORDER TO SUBSTITUTE CLASS REPRESENTATIVE AND MODIFY CLASS DEFINITION AND SUBMIT A REPLY TO DEFENDANT'S RESPONSE**<br><br>Date:      November 14, 2024<br>Time:     1:30 p.m.<br>Location: 10, 13th Floor<br>Judge:    Hon. Daniel J. Calabretta |

## ORDER

The Court, having considered the Stipulation to Extend Deadlines To Respond Plaintiff's Motion (Renewed) To Modify The Class Certification Order To Substitute Class Representative And Modify Class Definition And Submit A Reply To Defendant's Response, submitted herewith, and good cause appearing, hereby entered the following order:

///

///

1

1) Defendant shall have until October 4, 2024, to file its response to Plaintiff's Motion

2) Plaintiff shall have until October 21, 2024, to file his reply to Defendant's response.

IT IS SO ORDERED.

Dated: September 25, 2024            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE