UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY OLSON, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.  2:18-CV-00360-DJC-JDP<br>**ORDER GRANTING DEFENDANT  FCA US LLC'S REQUEST TO SEAL INFORMATION ATTACHED TO ITS RESPONSE IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION TO MODIFY THE CLASS CERTIFICATION ORDER TO SUBSTITUTE CLASS REPRESENTATIVE AND MODIFY THE CLASS DEFINITION**<br><br>Location:　Courtroom 10, 13th Floor<br>Judge:　　Hon. Daniel J. Calabretta |

　　　　Defendant FCA US LLC requested an order allowing it to file under seal an unredacted version of Exhibits B, D, G, and I to the Declaration of Ian K. Edwards in Support of FCA US LLC's Response in Opposition to Plaintiff's Renewed Motion to Modify the Class Certification Order to Substitute Class Representative and Modify the Class Definition because they contain information the parties have designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this case.

///

///

      This Court determines that there are sufficient reasons to protect the confidentiality of the information contained in the above-referenced documents and hereby **GRANTS** Defendant's request and directs the Clerk of the Court to file under seal the complete, unredacted versions of the above-referenced documents. These documents shall remain under seal indefinitely, pending further order of this Court.

      IT IS SO ORDERED

Dated: October 15, 2024            /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE