UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY OLSON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  2:18-CV-00360-DJC-JDP<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS**<br><br>Courtroom: 10, 13th Floor<br>Judge:     Hon. Daniel J. Calabretta |

BEFORE THE COURT IS PLAINTIFF'S REQUEST TO SEAL DOCUMENTS.

IT IS HEREBY ORDERED that Plaintiff's Request to Seal Documents is PROVISIONALLY GRANTED pending responses from FCA US LLC and Grammer AG providing compelling reasons why these documents should be sealed. In the meantime, redacted versions of Exhibits 5, 6, 7, and 12 to the Declaration of Kenneth S. Byrd shall be filed on the public docket in place of the unredacted versions.

Dated:  October 28, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE